IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM J. JOHANSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-452 (MN) (SRF) |
| | ) |
| AIR & LIQUID SYSTEMS CORP., et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

WHEREAS, on January 23, 2019, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 183) in this action, recommending that the Court grant the unopposed motions for summary judgment of Defendants Armstrong International, Inc., Gardner Denver, Inc., Crosby Valve LLC, J.R. Clarkson Company LLC, as successor by merger to Kunkle Industries, Inc., FMC Corporation on behalf of its former Northern Pump, Chicago Pump and Peerless Pump businesses, Anchor/Darling Valve Company, Flowserve US Inc. solely as successor to Edward Vogt Valve Company, Vogt Valve Co., Nordstrom Valves, Inc., Edwards Valves, Inc. and Rockwell Manufacturing Company, Neles-Jamesbury, Inc., Warren Pumps, LLC, Air & Liquid Systems Corporation, as successor by merger to Buffalo Pumps, Inc., Jenkins Bros., Atwood & Morrill Company, Inc., The Nash Engineering Company, and Red White Valve Corp.;

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED this 7th day of February 2019 that the Report and Recommendation is ADOPTED.

Defendant Armstrong International, Inc.'s motion for summary judgment is GRANTED (D.I. 138).

Defendant Gardner Denver, Inc.'s motion for summary judgment is GRANTED (D.I. 141)

Defendant Crosby Valve LLC's motion for summary judgment is GRANTED (D.I. 143).

Defendant J.R. Clarkson Company LLC, as successor by merger to Kunkle Industries, Inc.'s motion for summary judgment is GRANTED (D.I. 147).

Defendant FMC Corporation, on behalf of its former Northern Pump, Chicago Pump and Peerless Pump businesses' motion for summary judgment is GRANTED (D.I. 149).

Defendant Anchor/Darling Valve Company's motion for summary judgment is GRANTED (D.I. 151).

Defendant Flowserve US Inc. solely as successor to Edward Vogt Valve Company, Vogt Valve Co., Nordstrom Valves, Inc., Edwards Valves, Inc. and Rockwell Manufacturing Company's motion for summary judgment is GRANTED (D.I. 154).

Defendant Neles-Jamesbury, Inc.'s motion for summary judgment is GRANTED (D.I. 156).

Defendant Warren Pumps, LLC's motion for summary judgment is GRANTED (D.I. 159).

Defendant Air & Liquid Systems Corporation, as successor by merger to Buffalo Pumps, Inc.'s motion for summary judgment is GRANTED (D.I. 161).

Defendant Jenkins Bros.' motion for summary judgment is GRANTED (D.I. 163).

Defendant Atwood & Morrill Company, Inc.'s motion for summary judgment is GRANTED (D.I. 165)

Defendant The Nash Engineering Company's motion for summary judgment is GRANTED (D.I. 167).

Defendant Red White Valve Corp.'s motion for summary judgment is GRANTED (D.I. 169).

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendants Armstrong International, Inc., Gardner Denver, Inc., Crosby Valve LLC, J.R. Clarkson Company LLC, as successor by merger to Kunkle Industries, Inc., FMC Corporation on behalf of its former Northern Pump, Chicago Pump and Peerless Pump businesses, Anchor/Darling Valve Company, Flowserve US Inc. solely as successor to Edward Vogt Valve Company, Vogt Valve Co., Nordstrom Valves, Inc., Edwards Valves, Inc. and Rockwell Manufacturing Company, Neles-Jamesbury, Inc., Warren Pumps, LLC, Air & Liquid Systems Corporation, as successor by merger to Buffalo Pumps, Inc., Jenkins Bros., Atwood & Morrill Company, Inc., The Nash Engineering Company, and Red White Valve Corp. and against Plaintiff William J. Johansen.

*[signature: Maryellen Noreika]*
The Honorable Maryellen Noreika
United States District Court Judge