IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM J. JOHANSEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 17-452 (MN) (SRF) |
| AIR & LIQUID SYSTEMS CORP., et al. | ) ) ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

WHEREAS, on January 25, 2019, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 184) in this action, recommending that the Court grant Ford Motor Company's motion for summary judgment;

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED this 11th day of February 2019 that the Report and Recommendation is ADOPTED.

Defendant Ford Motor Company's motion for summary judgment is GRANTED (D.I. 145).

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendant Ford Motor Company and against Plaintiff William J. Johansen.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Court Judge