IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM J. JOHANSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-452 (MN) (SRF) |
| | ) |
| AIR & LIQUID SYSTEMS | ) |
| CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

WHEREAS, on February 26, 2020, Magistrate Judge Fallon issued a Report and Recommendation for Order of Dismissal ("the Report") (D.I. 217) in this action, recommending the Complaint be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute claims against The Fairbanks Company and for failure to respond to the Order to Show Cause (D.I. 216); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 12th day of March 2019 that the Report and Recommendation for Order of Dismissal (D.I. 217) is ADOPTED. The Fairbanks Company is DISMISSED with prejudice. The Clerk of Court is directed to CLOSE this case.

The Honorable Maryellen Noreika
United States District Judge